UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND et al. <br><br> Plaintiffs, <br><br> v. <br><br> VERTICON, INC. <br><br> Defendant. | Civ. Act. No.  1:20-cv-02727-SAG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows:

1. This action was commenced September 22, 2020 to collect monies owed pursuant to the findings of an audit of January 1, 2015 through December 31, 2017.  (Docket No. 1).

2. The Parties have resolved the subject matter of the instant dispute.

3. The opposing party has served neither an answer nor a motion for summary judgment.

Respectfully submitted,

Dated: October 16, 2020

By:  /s/                                                               .
(Signed by Jacob Szewczyk with permission)
Andrew Kelser (Bar No. 19138)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W.
Eighth Floor
Washington, D.C.  20015
akelser@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.:  (202) 362-2640

By:   /s/                                              .
Jacob N. Szewczyk (Bar No. 19916)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W.
Eighth Floor
Washington, D.C.  20015
jszewczyk@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.:  (202) 362-2640

*Attorneys for Plaintiffs*

352717_1